No. 343. KRAMER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Alexander Cooper* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 344. SOBER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Alexander Cooper* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 346. TIMOLAT ET AL. *v.* BURAS ET AL. C. A. 5th Cir. Certiorari denied. *Charles D. Marshall, Eugene D. Saunders* and *J. Raburn Monroe* for petitioners.

No. 347. ROBERSON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Earl Badgett* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 348. BROWN & WILLIAMSON TOBACCO CORP. ET AL. *v.* HELLENIC LINES LIMITED ET AL. C. A. 4th Cir. Certiorari denied. *John W. R. Zisgen* and *Stuart Sprague* for petitioners. *George Yamaoka* and *Francis P. Kelly* for respondents.

No. 349. WEYERHAEUSER COMPANY *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Thomas R. McMillen* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Morton J. Come* for respondent.